IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **TERRY L. ROBLEY-YOUNG,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-00326-O |
| | § | |
| **JACK COOPER TRANSPORT CO., INC.,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terry L. Robley-Young and Defendant Jack Cooper Transport Co., Inc. ("Jack Cooper") file this *Stipulation of Dismissal With Prejudice*. The parties have amicably resolved all disputes between them. Accordingly, the parties jointly and respectfully move the Court to dismiss all of Plaintiff Terry L. Robley-Young's claims against Defendant Jack Cooper, and all of Defendant Jack Cooper's counter claims against Plaintiff Terry L. Robley-Young, with prejudice to re-filing the same and with costs of suit and attorneys' fees taxed to the party incurring same.

Respectfully submitted,

s/ Vicki D. Tall
Eva W. Turner
Texas Bar No. 24051485
eva.turner@ogletreedeakins.com
Vicki D. Tall
Texas Bar No. 24079921
vicki.tall@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT
JACK COOPER TRANSPORT CO., INC.**

        **And**

        s/ David D. Davis
        David D. Davis
        Texas Bar No. 00790568
        ddd@dddavislaw.net

        **LAW OFFICE OF DAVID D. DAVIS, PLLC**
        P.O. Box 542915
        Grand Prairie, Texas 75054
        (972) 639-3440
        (972) 639-3640 (Facsimile)

        **ATTORNEY FOR PLAINTIFF**
        **TERRY ROBLEY-YOUNG**

## CERTIFICATE OF SERVICE

     I certify that on May 16, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

        s/ Vicki D. Tall
        Vicki D. Tall

        24836311.1